UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GOVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN WHENT, et al.,<br><br>    Defendants. | Case No. 18-cv-07809-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

Plaintiff has failed to file a Case Management Statement as required for the Case Management Conference set for May14, 2019. The docket of this case reflects that service has not been accomplished, and it is well past the 90 day deadline imposed by Fed. R. Civ. P. 4 (m). Therefore, plaintiff is ORDERED TO SHOW CAUSE by why this case should not be dismissed for failure to prosecute.

 Plaintiff's counsel shall file a declaration under oath responding to this Order To Show Cause on or before May 21, 2019. The declaration shall describe all efforts to serve defendants and explain his failure to file a timely Case Management Conference Statement.

The Case Management Conference set for May 14, 2019 is continued to May 28, 2019 at 2 p.m. Plaintiff's counsel shall appear in person. He shall file a Case Management Statement on or before May 21, 2019. Alternatively, he may dismiss this case on or before May 21, 2019.

**IT IS SO ORDERED.**

Dated: May 10, 2019

William H. Orrick
United States District Judge